No. 88–1618. PARISIEN, DBA PARISIEN EXCAVATION *v.* TWIN CITY CONSTRUCTION COMPANY OF FARGO ET AL. C. A. 8th Cir. Motion of Turtle Mountain Band of Chippewa Indians et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 88–1643. STEPHENSON *v.* MCLEAN CONTRACTING CO., INC. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 88–6804. FOSTER *v.* GEORGIA. Sup. Ct. Ga.;
No. 88–6828. GACY *v.* ILLINOIS. Sup. Ct. Ill.;
No. 88–6931. POE *v.* TENNESSEE. Sup. Ct. Tenn.; and
No. 88–7045. GRUBBS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–6948. SEVER *v.* AKERS ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–1049. GRANGE INSURANCE ASSN. *v.* WASHINGTON ET AL., *ante,* p. 1004;
No. 88–1257. KERTESZ *v.* UNIVERSITY OF SOUTHERN CALIFORNIA, 489 U. S. 1067;
No. 88–6532. LARSON *v.* TEXAS, *ante,* p. 1008;
No. 88–6571. HILLMAN *v.* CITY OF SPOKANE, *ante,* p. 1009;
No. 88–6592. PENNOCK *v.* ARTHUR F. SCHULTZ CO. ET AL., *ante,* p. 1009;
No. 88–6593. PETRARCA *v.* PICERNE ET AL., *ante,* p. 1009;
No. 88–6637. DAWN ET UX. *v.* RICHMOND ET AL., *ante,* p. 1010;
No. 88–6648. MAZAK *v.* RISON, WARDEN, *ante,* p. 1010; and
No. 88–6697. LEAL *v.* CORONADO, *ante,* p. 1027. Petitions for rehearing denied.